**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSHUA IZON TROUSER

        Defendant

Case No. 4:24-CR-20262

HON. F. KAY BEHM
United States District Judge

---

CHRISTOPHER RAWSTHORNE
Assistant United States Attorney
600 Church Street
Flint, Michigan 48502
Christopher.Rawsthorne@doj.gov

JESSICA R. MAINPRIZE-HAJEK P70942
Attorney for Defendant
503 S. Saginaw St. Ste. 519
Flint, Michigan 48502
(810) 767-7383
(fax) (877) 532-7849
jmainprizehajek@gmail.com

---

**ORDER GRANTING REQUEST FOR ADJOURNMENT OF
SENTENCING**

---

By the request of the Defendant, and with the Court being otherwise fully advised; **IT IS HEREBY ORDERED** that the Defendant's request for adjournment of sentencing is granted and sentencing is rescheduled for **August 20, 2026 at 1:00 P.M..**

    **SO ORDERED.**

Date: June 17, 2026

        s/F. Kay Behm
        F. Kay Behm
        United States District Judge